**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER LEE PROSSER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:08CV44-DJS |
| | ) | |
| **GOVINARAJULU NAGALDINNE,** | ) | |
| **et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In light of the Court's order of December 8, 2008,

**IT IS HEREBY ORDERED** that defendants' motions to compel [Docs. #44, 45] are denied as moot.

Dated this  16th  day of December, 2008.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE